■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN K. HUTCHINGS, Appellant. (Appeal No. 2.) [992 NYS2d 663]— Appeal from a judgment of the Cayuga County Court (Mark H. Fandrich, A.J.), rendered May 26, 2011. The judgment convicted defendant, upon a jury verdict, of bribe receiving in the third degree, receiving reward for official misconduct in the second degree and official misconduct (nine counts).

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Hutchings* ([appeal No. 1] 120 AD3d 1599 [2014]). Present—Smith, J.P., Fahey, Lindley, Valentino and DeJoseph, JJ.

■ SUSAN L. BOTTICELLI, Appellant, v GARY A. BOTTICELLI, Respondent. [992 NYS2d 663]—Appeal from a judgment of the Supreme Court, Erie County (Frederick J. Marshall, J.), entered January 18, 2013 in a divorce action. The judgment, inter alia, equitably distributed the assets of the parties.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties and filed on September 10, 2014,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Smith, J.P., Fahey, Lindley, Valentino and DeJoseph, JJ.